IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

GENE M. SPENNATI, :
:
    Petitioner :
:
v. : CIVIL NO. 4:CV-13-1919
:
COMMONWEALTH OF PA., : (Judge Brann)
:
    Respondent :

## ORDER

April 17, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

    1.    Spennati's habeas corpus petition is **DISMISSED.**

    2.    The Clerk of Court is directed to **CLOSE** this case.

    3.    Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge